IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.  03-M-0890 |
| THE TOWN OF ERIE, COLORADO; GRIMM CONSTRUCTION COMPANY, INC.; BEMAS CONSTRUCTION, INC.; and THE STATE OF COLORADO, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Joint Motion to Terminate Consent Decree filed by Plaintiff United States of America and Defendant Town of Erie, Colorado (Dkt. No. 9).  The Court grants the motion and orders that the Consent Decree entered by this Court on July 15, 2003 is terminated.

s/Richard P. Matsch
_____
Richard P Matsch, Senior District Judge

Date: September 25th, 2013